UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**DUANE WOULLARD,**

    **Plaintiff,**

v.                                        Case No.  5:22-cv-166-TKW-MJF

**OFFICER OQUENDO,** *et al.*,

    **Defendants.**

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 12). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed without prejudice because Plaintiff failed to comply with court orders, failed to pay the filing fee, and failed to prosecute this case. Accordingly, it is

**ORDERED** that:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is **DISMISSED** without prejudice.

**3.** The Clerk shall enter judgment in accordance with this Order and close the case file.

**DONE and ORDERED** this 16th day of December, 2022.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**